FILED
2017 Apr-03  AM 08:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

DAYTON BROWN,

    PLAINTIFF,

V.                                           CIVIL ACTION NO.

STERLING RESTAURANTS, LLC
d/b/a Moe's Southwest Grill,

    DEFENDANT.                          JURY TRIAL DEMANDED


## <u>COMPLAINT</u>


## EXHIBIT A

| CHARGE OF DISCRIMINATION | | AGENCY | CHARGE NUMBER |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | | FEPA | |
| | | X EEOC | 420-2016-03008 |

_____ and EEOC

*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Dayton Brown | |
| STREET ADDRESS          CITY, STATE AND ZIP CODE | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(if more than one list below.)*

| NAME<br>Sterling Restuarants, LLC d/b/a<br>Moe's Southwest Grill | NUMBER OF EMPLOYEES, MEMBERS<br><br>Over 15 | TELEPHONE *(Include Area Code)*<br>(205) 445-0456 |
|---|---|---|
| STREET ADDRESS<br>2737 US-280, Mountain Brook, AL 35223 | CITY, STATE AND ZIP | COUNTY<br>Jefferson |
| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
| STREET ADDRESS          CITY, STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE FIRST or CONTINUING DISCRIMINATION TOOK PLACE<br>AND DATE LAST DISCRIMINATION TOOK PLACE *(Month/Day/Year)*: |
|---|---|
| RACE     COLOR     XX SEX  HARASSMENT<br><br>RELIGION     NATIONAL ORIGIN     XX RETALIATION<br><br>AGE     DISABILITY<br><br>OTHER *(Specify)* | FIRST:                          RECEIVED<br><br>LAST: 05/04/16          JUL 28 2016<br><br>                     E.E.O.C.<br>                BIRMINGHAM DISTRICT |

**THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s):**
<u>Please see following page for particulars, attached hereto and made a part hereof.</u>

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br>                          RECEIVED |
|---|---|
| *Dayton Brown* | Notary signature          JUL 28 2016 |
| I declare under penalty of perjury that the foregoing is true and correct. | <br>                     U.S. EEOC<br>                Birmingham District |
| **DAYTON BROWN**<br>Charging Party *(Signature)* | SIGNATURE OF COMPLAINANT |
| Date: 07-26-2016 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)<br>Date: _____ |

EEOC FORM 5 (Rev. 06/92)

EEOC Charge of DAYTON BROWN

1. I commenced my employment with Respondent on or about August 11, 2014.

2. Over the course of my employment, Respondent promoted me to the position of Shift Manager.

3. During February 2016, Respondent hired Scotty L. Williams as an employee to work in Respondent's Mountain Brook location that is right off of Highway 280 in Mountain Brook, Alabama.

4. Shortly after Respondent hired Williams, Williams commenced and created a sexually hostile environment that was unwelcome and repeatedly interfered with my ability to perform my job duties.

5. Williams propositioned me to have sex with him on several occasions. Williams stated that he would provide me with better sexual pleasure than could my husband. Williams also made comments about the size of his genitalia. Williams made comments like I would "fuck the shit out of you" and "I will bend you over right here." Williams direct sexually inappropriate comments to me on a daily basis.

6. In March of 2016, I went outside of the restaurant to the shed in the rear of the building to locate the store's plunger to tend to a problem in the women's restroom. Williams followed behind me and stated that he was going to "help [me] find it." As I was bending over to move a few boxes around to find the plunger, Williams pressed his body extremely close to mine, wrapped his arms around me and put his hands on my vaginal area. I quickly turned around, but Williams was right in my face as he was attempting to kiss me. I was able to get away from Williams and I returned inside the building.

7. Through text message, I initiated communication with Respondent's Area Manager, Calum Naugher to report Mr. Williams' behavior and the assault. A day after my text message to Naugher, he spoke to me over the telephone and I fully reported all of the sexual harassment that Williams had comitted.

8. The following week, Naugher allegedly went to the store and talked to the man who assaulted me.

9. Naugher never spoke to me after I reported the sexual hostile environment, and I always had to contact Naugher to learn any information.

10. After my complaint of sexual harassment to Naugher, Respondent's General Manager, Kevin Gast created a hostile work environment in retaliation for reporting the sexual hostile environment that he failed to prevent from happening. Gast did everything he could to second-guess all of my performance in an effort to terminate my employment or have me resign.

11. I asked Naugher for a transfer to a different store.

12. On May 4, 2016, Respondent terminated my employment. Gast stated that I had improperly made salsa. I informed Gast that I had followed the store's recipe. Gast then terminated my employment for allegedly arguing with him about the salsa's quality. Gast has never disciplined other employees for failure to follow a recipe.

Page 2
EEOC Charge of DAYTON BROWN

13. I believe that I have been discriminated against in the terms and conditions of my employment because I am a female that was exposed to a sexually environment for which I reported to Respondent and resulted in a retaliatory hostile work environment and eventual retaliatory termination, all in violation of the Civil Rights Act of 1964 as amended.

I declare under penalty of perjury that the foregoing is true and correct.

07-26-2016
Date

DAYTON BROWN