# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAYTON BROWN,<br><br>Plaintiff,<br><br>v.<br><br>STERLING RESTAURANTS, LLC<br>d/b/a Moe's Southwest Grill,<br><br>Defendant. | Civil Action File No.<br>2:17-cv-00517-TMP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Dayton Brown and Defendant Sterling Restaurants, LLC, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby file this Stipulation of Dismissal With Prejudice of all claims asserted by Plaintiff against Defendant.

*(Signatures appear on following page)*

11374666v1

Respectfully submitted, this 29th day of September, 2017.

| FONTENEAU & ARNOLD, LLC | ARNALL GOLDEN GREGORY LLP |
|---|---|
| *signature* | *signature* |
| Allen D. Arnold | Jennifer L. Shelfer |
| Kira Fonteneau | (admitted *pro hac vice*) |
| | |
| 2151 Highland Avenue South, Ste. 110 | 171 17th Street NW, Ste. 2100 |
| Birmingham, Alabama 35205 | Atlanta, Georgia 30363 |
| 205.252.1551 [TEL] | 404.873.8500 [TEL] |
| 205.502.4476 [FAX] | 404.873.8501 [FAX] |
| | jennifer.shelfer@agg.com |
| *Attorneys for Plaintiff* | |
| | MAYNARD, COOPER & GALE, P.C. |
| | |
| | Tiffany P. Rainbolt |
| | 1901 Sixth Avenue North |
| | 2400 Regions/Harbert Plaza |
| | Birmingham, AL 35203-2618 |
| | Telephone: 205.254.1000 |
| | Fax: 205.254.1999 |
| | trainbolt@maynardcooper.com |
| | |
| | *Attorneys for Defendant* |

11374666v1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAYTON BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>STERLING RESTAURANTS, LLC<br>d/b/a Moe's Southwest Grill,<br><br>Defendant. | Civil Action File No.<br>2:17-cv-00517-TMP |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

Jennifer L. Shelfer
Arnall Golden Gregory LLP
171 17th Street NW, Ste. 2100
Atlanta, Georgia 30363
404.873.8500 [TEL]
404.873.8501 [FAX]
jennifer.shelfer@agg.com

This 29th day of September, 2017.

/s/ Allen D. Arnold
Allen D. Arnold

11374666v1

-3-