FILED
2017 Oct-02  AM 09:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAYTON BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:17-cv-00517-TMP |
| STERLING RESTAURANTS, LLC d/b/a Moe's Southwest Grill, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On September 29, 2017, the parties in the above-styled case filed a Joint Stipulation for Dismissal with Prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (Doc. 23). Although an order is unnecessary, it is hereby ORDERED, ADJUDGED, and DECREED, that the above-styled action and all claims stated therein are DISMISSED WITH PREJUDICE.

**DONE** and **ORDERED** on October 2, 2017.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE